UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

## CATEGORY SHEET

You must accompany your complaint with this Category Sheet, and the Civil Cover Sheet (JS-44).

Attorney Name (Last, First, MI):     García Miranda, Carlos G

USDC-PR Bar Number:     302101

Email Address:     cgarcia@garciariveralaw.com

1. Title (caption) of the Case (provide only the names of the first party on each side):

    Plaintiff:     Puerto Rico Horse Owners Association

    Defendant:     Camarero Race Track Corp., Confederación Hípica de Puerto Rico, et al.

2. Indicate the category to which this case belongs:

    ☐ Ordinary Civil Case
    ☐ Social Security
    ☐ Banking
    ☒ Injunction

3. Indicate the title and number of related cases (if any).

    Puerto Rico Horse Owners Association v. Camarero Race Track Corp. and Confederación Hípica de Puerto Rico, Case No. CN2021CV00388

4. Has a prior action between the same parties and based on the same claim ever been filed before this Court?

    ☐ Yes
    ☒ No

5. Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?

    ☐ Yes
    ☒ No

6. Does this case question the constitutionality of a state statute? (See, Fed.R.Civ. P. 24)

    ☐ Yes
    ☒ No

Date Submitted:     10/31/25

rev. Dec. 2009

[Print Form]     [Reset Form]