AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| Puerto Rico Horse Owners Association ) | |
| *Plaintiff* ) | |
| v. ) | Case No. |
| Camarero Race Track Corp. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Puerto Rico Horse Owners Association.

Date:   10/31/2025

/s/ Carlos G. García Miranda
*Attorney's signature*

Carlos G. García Miranda, USDC-PR 302101
*Printed name and bar number*

PO Box 9022074
San Juan, PR 00902-2074

*Address*

cgarcia@garciariveralaw.com
*E-mail address*

(787) 425-5424
*Telephone number*

*FAX number*