IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **PUERTO RICO HORSE OWNERS ASSOCIATION (PRHOA),** On behalf of its members<br><br>**Plaintiff,**<br><br>v.<br><br>**CAMARERO RACE TRACK CORPORATION; ERVIN RODRÍGUEZ,** its President; **CONFEDERACIÓN HÍPICA DE PUERTO RICO; RAFAEL MATOS,** its President, **NILDA FUENTES, ESQ**., and the Conjugal Partnership between them; **FERNANDO BONNET**, its Agent; and **JOHN DOES 1–10,**<br><br>**Defendants.** | CIVIL ACTION NO.<br><br>PROCEDURAL DUE PROCESS (42 U.S.C. §1983); EQUAL PROTECTION (42 U.S.C. §1983); TAKING WITHOUT JUST COMPENSATION (FIFTH & FOURTEENTH AMENDMENTS); FREEDOM OF SPEECH AND ASSOCIATION (FIRST AMENDMENT); SHERMAN ACT (15 U.S.C. §1, ET SEQ.); INTERSTATE HORSERACING ACT (15 U.S.C. §3001–3007); DECLARATORY AND INJUNCTIVE RELIEF (28 U.S.C. §§2201–2202); TRIAL BY JURY DEMANDED |

**PRHOA'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION**

**TO THE HONORABLE COURT:**

Plaintiff, Puerto Rico Horse Owners Association ("PRHOA"), by and through undersigned counsel, respectfully moves this Honorable Court, pursuant to Fed. R. Civ. P. 65(b), for the entry of a Temporary Restraining Order and an Order to Show Cause why a preliminary injunction should not issue against defendant Camarero Race Track Corporation ("Camarero") to prevent imminent and irreparable harm to PRHOA and its members.

Camarero, the state-licensed operator of Puerto Rico's only racetrack, has announced its intent to terminate all simulcast-in wagering distributions to PRHOA and its members effective **November 1, 2025**. This decision—made without notice, hearing, or statutory authority—will deprive PRHOA members of their property rights, equal protection, and due process under the United States Constitution, and will violate the Interstate Horseracing Act of 1978 (15 U.S.C.

§§3001–3007), the Sherman Antitrust Act of 1890, 15 U.S.C. § 1, et seq. and the Puerto Rico Horse Racing Industry and Sport Act (15 L.P.R.A. § 198, et seq.).

Although the defendants in this case are Camarero, the Confederación Hípica de Puerto Rico, Ervin Rodríguez, Rafael Matos and Fernando Bonnet, the TRO is specifically directed at Camarero.

Absent immediate intervention, PRHOA and its members will suffer irreparable harm in the form of economic deprivation, loss of statutory entitlements, and the destruction of their independent association's viability.

PRHOA therefore requests that the Court:

a. Issue a TRO enjoining Camarero from implementing its decision to halt simulcast-in distributions to PRHOA members on November 1, 2025;

b. Order Camarero to maintain the status quo and continue all payments and distributions as required by law; and

c. Set a prompt hearing to determine whether a preliminary injunction should be issued.

## CERTIFICATION

I hereby certify that on this date, I electronically filed the foregoing document(s) with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all registered participants.

In addition, and prior to filing, I provided direct electronic notice and copies of the Complaint, Emergency Motion for Temporary Restraining Order and Order to Show Cause for Preliminary Injunction, and accompanying exhibits to counsel for CHPR and Camarero, and to defendant Fernando Bonnet.

These documents were transmitted via email on October 31, 2025, to ensure immediate receipt of notice in accordance with Fed. R. Civ. P. 5(b)(2)(E) and Local Civil Rule 5.1(b).

**RESPECTFULLY SUBMITTED**

San Juan, Puerto Rico this 31st day of October, 2025.

**García & Rivera LLC**
P.O. Box 9022074
San Juan, P.R. 00902-2074
Tel. 787-425-5424

**s/ CARLOS G. GARCÍA MIRANDA**
**USDC-PR 302101**
**E-mail:** cgarcia@garciariveralaw.com