## DECLARATION OF CHARLES A. CUPRILL

I, Charles A. Cuprill, of legal age, married, attorney at law and a resident of San Juan, Puerto Rico hereby declare under penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

1. I am the President of the Puerto Rico Horse Owners Association ("PRHOA"), a non-profit association representing over a hundred licensed horse owners by the Gaming Commission of Puerto Rico (the "Commission"). I submit this declaration in support of PRHOA's Emergency Motion for Temporary Restraining Order and Motion for Preliminary Injunction.

2. PRHOA and its members have participated in the horse racing industry of Puerto Rico for more than 13 years and have historically been recognized by Camarero Race Track Corporation ("Camarero") who operates the only thoroughbred racetrack at Canóvanas Puerto Rico, the Commission and Puerto Rico's Industry and Racing Sport as a whole entitled to share in the proceeds of simulcast wagering from racetracks in the United States.

3. Under Puerto Rico law, all horse owners are statutorily entitled to participate in the revenues of simulcast wagering. For at least 12 years, Camarero has allocated such proceeds to horse owners represented by PRHOA and to unaffiliated horse owners to either PRHOA or Confederación Hípica de Puerto Rico, Inc. ("Confederación"), the other association of licensed horse owners in Puerto Rico.

4. Suddenly, however, under the direction of its President, Ervin Rodríguez Velez, Camarero, in concert with Confederación under the direction of its president Rafael Matos, has informed PRHOA that as of November 1, 2025, it will cease recognizing PRHOA as been entitled to continue receiving its share of the wagering in simulcast races, which will result in Confederación and its members becoming the exclusive recipients of the share of simulcast wagering to which all duly licensed horse owners in Puerto Rico are entitled.

5. In Camarero doing so, it is acting contrary to its consistent advocacy that all licensed thoroughbred owners in Puerto Rico are entitled to participate in the proceeds of the wagering in simulcast races originating from the United States and other racetracks outside the jurisdiction of Puerto Rico.

6. As a result of this exclusion, PRHOA and its members will be denied their statutory share of simulcast wagering proceeds. This will cause substantial economic loss and damage to PRHOA's ability to function as a representative association of its members.

7. The exclusion had only been preceded by a letter from Camarero's counsel to PRHOA's counsel dated October 17, 2025 and by no other prior notice, hearing, or justification and constitutes a deprivation of property and associational rights.

8. PRHOA and its members will suffer irreparable harm, as the result of the exclusion from simulcast revenues, which will undermine their compensation as horse owners in Puerto Rico and will cause its members to resign therefrom and join Confederación in order not to lose their share of simulcast wagering, resulting in the destruction of PRHOA, which cannot be compensated by monetary damages alone.

9. PRHOA brings this action to restore its lawful rights and to ensure that simulcast wagering proceeds are allocated in compliance with Puerto Rico and federal law.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 23rd day of October, 2025, in San Juan, Puerto Rico.

_____
Charles A. Cuprill President,
Puerto Rico Horse Owners Association