

Commonwealth of Puerto Rico
## DEPARTMENT OF STATE
San Juan, Puerto Rico

# CERTIFICATE OF REGISTRY

I, **DAVID E. BERNIER RIVERA, Secretary of State** of the Commonwealth of Puerto Rico;

**CERTIFY**: That **PUERTO RICO HORSE OWNERS ASSOCIATION, INC.**, register number **321385**, is a **Domestic Non Profit Corporation** organized under the laws of Puerto Rico on this **29th of January, 2013 at 03:28 p.m.**.



**IN WITNESS WHEREOF**, I hereby sign this certificate, in the City of San Juan, Puerto Rico, today, 29th of January, 2013.

**DAVID E. BERNIER RIVERA**
Secretary of State

510742 - $ 5.00