

33 Calle Resolución
Suite 805
San Juan, PR  00920-2717

Tel.  (787) 783-4445
Fax  (787) 783-6250

17 de octubre de 2025

A:    **Puerto Rico Horse Owners Association, Inc. (PRHOA)**
P/C:  Lcdo. Joel J. Rodríguez Rodríguez
      P.O. Box 192239
      San Juan, Puerto Rico 00919-2239
      Email: jrodriguez@jaqb-law.com

RE:   Implementacion medida cautelar sobre deducciones relacionadas a simulcast-in
      y gastos de la industria

Estimado licenciado Rodríguez Rodríguez:

Reciba un cordial saludo. En atención a las alegaciones presentadas por la Puerto Rico
Horse Owners Association, Inc. (PRHOA) en su Segunda Demanda Enmendada,
particularmente aquellas contenidas en el párrafo 29 y subsiguientes, mediante las cuales
PRHOA impugna la procedencia de ciertas deducciones relacionadas con gastos de la
industria hípica, Camarero Race Track Corp. informa que, como medida cautelar
procederá a descontinuar las referidas deducciones mientras se dilucidan los méritos del
pleito ante el Tribunal de Primera Instancia y procesos apelativos.

Asimismo, y conforme a la misma determinación provisional, Camarero suspenderá
igualmente los descuentos correspondientes a las partidas relacionadas con el simulcast,
hasta tanto culmine el proceso judicial y se emita una determinación final por el Tribunal.

Es importante destacar que esta determinación no constituye en modo alguno un
reconocimiento, aceptación ni admisión de las alegaciones sostenidas por PRHOA en su
demanda, ni debe interpretarse como una renuncia a los derechos, defensas o argumentos
legales que Camarero ha presentado o pueda presentar en el procedimiento judicial.
Camarero mantiene firmemente su posición de que las deducciones han sido efectuadas
conforme a los términos contractuales aplicables y en estricto cumplimiento con la Ley
Hípica y los reglamentos vigentes.

1

Por consiguiente, esta medida tendrá carácter provisional hasta tanto el Tribunal emita la determinación final correspondiente.

Cordialmente,

Lcda. María Elena Vázquez Graziani
Email vazgra@vgrlaw.com

Lcda. Jessica E. Náter Cruzado
Email jnater@vgrlaw.com