

Carlos Garcia <cgarcia@garciariveralaw.com>

## Urgent: Final Opportunity to Resolve PRHOA–Camarero Simulcast-In Dispute Before Legal Action

**Carlos Garcia** <cgarcia@garciariveralaw.com>   Thu, Oct 30, 2025 at 2:40 PM
To: Jessica Nater <jnater@vgrlaw.com>, Maria Elena Vazquez Graziani <vazgra@vgrlaw.com>
Cc: Charles Cuprill <cacuprill@cuprill.com>, Joel Rodriguez <jrodriguez@jaqb-law.com>, Josean Lopez <jlopez@jaltrading.com>, joel rodriguez <jrodriguez@jaob.law.com>

Dear sister counsel,

I hope this message finds you well. As you are aware, on October 24, 2024, attorney Rodríguez sent a letter outlining the Puerto Rico Horse Owners Association's ("PRHOA") position regarding your October 17, 2024 correspondence, in which Camarero Race Track Corp. announced that, effective November 1, 2025, it would cease to recognize PRHOA's members as eligible recipients of simulcast-in proceeds and would discontinue payment of those funds as of that date.

PRHOA remains willing to resolve this matter amicably and without the need for judicial intervention. Accordingly, we will await your response to our request **until tomorrow, October 31, 2025, at 3:00 p.m.** If the matter is not resolved by that time, PRHOA will have no alternative but to pursue all available legal remedies immediately thereafter.

Cordially,

Carlos G. García Miranda
Attorney
**García & Rivera**
E. cgarcia@garciariveralaw.com
T. (787) 425-5424
W. garciariveralaw.com

✿Please consider the environment before printing this e-mail.

CONFIDENTIALITY NOTE: This communication contains information belonging to García & Rivera, LLC, which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of said information is strictly prohibited. If you have received this communication by error, please delete it from your computer and notify us immediately.